UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
IVAN EMMANUEL PANUCO IBARRA          CASE NO. 20-10402
118 STONETHROW DR                    JUDGE BENJAMIN A. KAHN
STONEVILLE, NC  27048

    DEBTOR

SSN(1) XXX-XX-4648                   DATE: 01/21/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA<br>P O BOX 982238<br>EL PASO, TX  79998-2235 | $0.00<br>INT:  .00%<br>NAME ID: 130819<br>CLAIM #:  0004 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5712<br>COMMENT: |
| DIVERSIFIED CONSULTANTS<br>P O BOX 551268<br>JACKSONVILLE, FL  32255 | $0.00<br>INT:  .00%<br>NAME ID: 71451<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7647<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4648<br>COMMENT: OC |
| MEMBER ONE FCU<br>SUBLETT PEARSON PLC<br>P O BOX 20869<br>ROANOKE, VA  24018 | $25,970.57<br>INT:  .00%<br>NAME ID: 182108<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 4252<br>COMMENT: COD |
| MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ  08003 | $0.00<br>INT:  .00%<br>NAME ID: 154853<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: X865<br>COMMENT: US CELLULAR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4648<br>COMMENT: OC |
| ROCKINGHAM COUNTY TAX<br>*UNDELIVERABLE*, | $0.00<br>INT:  .00%<br>NAME ID: 182053<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| **TOTAL:** | **$25,970.57** | |
| D BARRETT BURGE ESQ<br>514 S STRATFORD RD STE 333<br>WINSTON SALEM, NC  27103 | $3,175.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  01/21/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice